[No. 28666-5-III.   Division Three.   October 12, 2010.]

*In the Matter of the Dependency of* R.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. CHARLENE SWEET, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-7-00439-8, Robert W. Inouye, J. Pro Tem., entered November 16, 2009. *Dismissed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 28039-0-III.   Division Three.   October 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LOUIS VANN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00117-4, Carrie L. Runge, J., entered April 17, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28196-5-III.   Division Three.   October 14, 2010.]

RICHARD MCCLAMMY ET AL., *Appellants*, v. MICHAEL L. COLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 07-2-00081-5, E. Thompson Reynolds, J., entered June 4, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 62277-3-I.   Division One.   October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY P. CARTER, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03205-8, Gerald L. Knight, J., entered August 27, 2008. *Dismissed* by unpublished per curiam opinion.